USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AARON PICKETT,

                Plaintiff,                08 Civ. 7291 (PKC) (DF)

-against-                 **ORDER**

LUCIEN LECLAIRE, Jr., et al.,

                Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      This Court having held a telephone conference on June 5, 2009, with Plaintiff, who is proceeding *pro se*, and counsel for Defendants, it is hereby ORDERED that: (1) discovery in this action shall be stayed pending Judge Castel's resolution of Defendants' motion to dismiss the Complaint; and (2) Defendants shall submit a status letter to the chambers of the undersigned upon resolution of their motion to dismiss, or six months from the date of the June 5 telephone conference, whichever comes first.

Dated:  New York, New York
          June 10, 2009

                                            SO ORDERED

                                            _____
                                            DEBRA FREEMAN
                                            United States Magistrate Judge

Copies mailed 6-10-09
Chambers of Magistrate Judge Freeman

Copies to:

Mr. Aaron Pickett, *pro se*
110 Willister Ave., Apt. # 1
Syracuse, NY, 13208

Michael Arcati
Assistant Attorney General
120 Boradway
New York, NY  10271